United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16289-mdc
Thomas Brasington                                                         Chapter 13
Michelle Brasington
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db/jdb         +Thomas Brasington,    Michelle Brasington,    2355 Deep Creek Road,
                 Perkiomenville, PA 18074-9513
13361556      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13361560      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13413210       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13417494      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13361559      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13361562      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14351167      +DITECH FINANCIAL LL,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street. Ste 5000,    Philadelphia, PA 19106-1541
13451748       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13361563      +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
13453354       Green Tree Servicing LLC,    c/o Joseph P. Schalk, Esquire,    1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,    Phila., PA  19103
13404014      #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13361568       Law Offices of Butler & Hosch, P.A.,    PO Box 628206,    Orlando, FL 32862-8206
13361569      +Medical Data Systems I,    2001 9th Ave,   Suite 312,    Vero beach, FL 32960-6413
13361570      +National City Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13373669      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:   First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                 Omaha Ne 68197)
13372404      +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13361571      ++SETERUS INC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005)
13447783       Seterus, Inc. as authorized subservicer for Federa,    P.O. Box 2008,
                 Grand Rapids, MI 49501-2008
13361573      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
13453114      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13446233       eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39     DITECH FINANCIAL LLC,
                 P.O. Box 6154,   Rapid City, SD  57709-6154
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:58:22     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13361555       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 18 2019 03:50:51     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13361557       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:58:30     Cap1/boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13361558       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 04:00:47     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
13361564       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:18     GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13361565        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:18     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13361566       +E-mail/Text: cio.bncmail@irs.gov Sep 18 2019 03:48:35     Internal Revenue Service,
                 600 Arch Street, RM 5200,    Philadelphia, PA 19106-1611
13361567       +E-mail/Text: bncnotices@becket-lee.com Sep 18 2019 03:48:29     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13374456        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:59:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13434458        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 04:00:44
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13368782        E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:58:31
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13361572       E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:58:20      Springleaf Financial S,
               2190 E High St,    Pottstown, PA 19464
13460784       E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:58:20      Springleaf Financial Services,
               PO Box 3251,    Evansville, IN 47731
                                                                                           TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Federal National Mortgage Association
13447782         Seterus, Inc. as the authorized subservicer for Fe
cr*             +Cavalry SPV I, LLC,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*              ECAST Settlement Corporation,    POB 29262,   New York, NY  10087-9262
13361561*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
                                                                               TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JOSEPH L QUINN    on behalf of Joint Debtor Michelle   Brasington CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Thomas   Brasington CourtNotices@rqplaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc.,
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Thomas Brasington and Michelle
Brasington

        Debtor(s)

Bankruptcy No: 14−16289−mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                              Timothy B. McGrath
                                                                Clerk of Court

Dated: 9/17/19

                                                                                              52 − 51
                                                                       Form 138_new