United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16289-mdc
Thomas Brasington                                                         Chapter 13
Michelle Brasington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1           Date Rcvd: Oct 29, 2019
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db/jdb          +Thomas Brasington,    Michelle Brasington,    2355 Deep Creek Road,
                 Perkiomenville, PA 18074-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JOSEPH L QUINN    on behalf of Debtor Thomas  Brasington CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Joint Debtor Michelle  Brasington CourtNotices@rqplaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc.,
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Thomas Brasington and Michelle Brasington          : Case No. 14–16289–mdc
      Debtor(s)

*ORDER*
_____

    AND NOW, this day , October 29, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                        By The Court

                                        Magdeline D. Coleman
                                        Chief Judge , United States Bankruptcy Court